UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHERYL ANN BYE,<br>　　　Plaintiff, | :<br>:<br>: Civil No. 303CV0077(AWT)<br>: |
| v. | : |
| PFIZER, INC.<br>　　　Defendant. | :<br>: December 8, 2003<br>: |

## MOTION FOR CONTINUANCE

Pursuant to Local Rule 7 of the United States District Court for the District of Connecticut, Defendant, Pfizer Inc ("Pfizer"), hereby moves for a continuance of the Settlement Conference that is currently scheduled before Magistrate Judge Donna F. Martinez on Tuesday, December 9, 2003.

1. Pursuant to the Court's Calendar and Settlement Conference Order dated October 30, 2003, the parties were scheduled to appear for a Settlement Conference on December 9, 2003.

2. At the time the Settlement Conference Order was issued, Counsel for Defendant, William J. Anthony, Esq., was not aware of any scheduling conflicts.

3. At the time the Settlement Conference Order was issued, Counsel for Defendant was scheduled to attend trial in Hartford Superior Court beginning on November 19, 2003, which was anticipated to conclude prior to November 26, 2003. Due to the Superior Court's Schedule, the evidence phase of the trial did not start until December 2, 2003.

4. As of November 26, 2003, Counsel for Defendant still anticipated that trial would be concluded as of December 9, 2003. After trial began on December 2, 2003, however,

Counsel for Defendant was advised that the trial would not proceed on Thursday afternoon, December 4 or Friday, December 5, 2003 due to the trial judge's schedule. In addition, trial will not proceed on Monday, December 8, 2003 due to the hearing of cases on Short Calendar.

5. The trial will resume on Tuesday, December 9, 2003. As a result, Counsel for Defendant, William J. Anthony, Esq., will be unavailable for the Settlement Conference in this matter.

6. Counsel for Defendant consulted with counsel for Plaintiff upon learning of the conflict. Counsel for Plaintiff stated that Plaintiff has no objection to a continuance of the Settlement Conference.

7. The undersigned counsel alerted Magistrate Judge Martinez of the conflict on Wednesday, December 3, 2003, and Magistrate Judge Martinez proposed January 15 or January 16, 2004 as alternative dates.

8. The parties are in the process of confirming their availability on those dates.

WHEREFORE, Defendant respectfully moves for a continuance of the Settlement Conference.

                   THE DEFENDANT,
                   PFIZER INC

By _____
     William J. Anthony (ct 17865)
     Jennifer C. Tindall (ct 23000)
     Jackson Lewis LLP
     55 Farmington Avenue, Suite 1200
     Hartford, CT 06105
     (860) 522-0404
     anthonyw@jacksonlewis.com
     tindallj@jacksonlewis.com

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by facsimile and regular mail, postage prepaid, on this 8th day of December, 2003, to the following counsel of record:

Craig T. Dickinson, Esq.
Madsen, Prestley & Parenteau
44 Capitol Ave., Suite 201
Hartford, CT 06106

Attorney for Plaintiff

_____
Jennifer C. Tindall

H:\Client folder\P\Pfizer\Bye\pldgs\mtn continuance stlmt conf
63811

3