

30

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHERYL ANN BYE,<br>Plaintiff, | :<br>:<br>: Civil No. 303CV0077(AWT) (DFM) gw |
| v. | : |
| PFIZER, INC.<br>Defendant. | :<br>: December 8, 2003<br>: |

GRANTED. The settlement conference will be rescheduled in due course. SO ORDERED.

Donna F. Martinez, U.S.M.J.
12/11/2022

## MOTION FOR CONTINUANCE

Pursuant to Local Rule 7 of the United States District Court for the District of Connecticut, Defendant, Pfizer Inc ("Pfizer"), hereby moves for a continuance of the Settlement Conference that is currently scheduled before Magistrate Judge Donna F. Martinez on Tuesday, December 9, 2003.

1. Pursuant to the Court's Calendar and Settlement Conference Order dated October 30, 2003, the parties were scheduled to appear for a Settlement Conference on December 9, 2003.

2. At the time the Settlement Conference Order was issued, Counsel for Defendant, William J. Anthony, Esq., was not aware of any scheduling conflicts.

3. At the time the Settlement Conference Order was issued, Counsel for Defendant was scheduled to attend trial in Hartford Superior Court beginning on November 19, 2003, which was anticipated to conclude prior to November 26, 2003. Due to the Superior Court's Schedule, the evidence phase of the trial did not start until December 2, 2003.

4. As of November 26, 2003, Counsel for Defendant still anticipated that trial would be concluded as of December 9, 2003. After trial began on December 2, 2003, however,