UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHERYL ANN BYE,<br>　　　Plaintiff, | :<br>:<br>:    Civil No. 303CV0077(AWT)<br>: |
| v. | : |
| PFIZER, INC.<br>　　　Defendant. | :<br>:    January 5, 2004<br>: |

**JOINT MOTION FOR EXTENSION OF DISCOVERY
AND DISPOSITIVE MOTION DEADLINES**

Pursuant to Local Rule 7(b) of the United States District Court for the District of Connecticut, Defendant, Pfizer Inc ("Pfizer"), and Plaintiff, Cheryl Bye, hereby jointly move to extend the discovery deadline to May 3, 2004, and the deadline for filing dispositive motions to June 18, 2004.

　　1.　　Pursuant to the Joint Report of Parties' Planning Meeting, which was approved by the Court on February 14, 2003, the current discovery deadline for this matter is January 31, 2004. The current deadline for filing dispositive motions is March 1, 2004.

　　2.　　The Court has not determined a trial date for this matter. Pursuant to the Joint Report of Parties' Planning Meeting, a Joint Trial Memorandum will be filed within sixty (60) days after the entry on the ruling on the last dispositive motion. If dispositive motions are not filed, the Joint Trial Memorandum will be filed within sixty (60) days after the completion of all discovery.

3. To date, Defendant has taken Plaintiff's deposition and the depositions of three other fact witnesses. Plaintiff has not taken any depositions. The parties have also exchanged and received responses to written discovery.

4. Pursuant to the Court's Calendar and Settlement Conference Order dated October 30, 2003, the parties were scheduled to attend a Settlement Conference on December 9, 2003.

5. At the time that the conference was scheduled, the parties agreed that it would be counterproductive for the parties to engage in further discovery prior to the settlement conference.

6. Defendant requested a continuance of the settlement conference in its Motion for Continuance dated December 8, 2003 because Counsel for Defendant was in trial in Hartford County Superior Court on the scheduled date of the settlement conference.[1]

7. The settlement conference has been rescheduled for January 16, 2004.

8. The parties agree that it would be counterproductive for them to continue the discovery process until the occurrence of the settlement conference.

9. If this case does not settle at the settlement conference, Defendant anticipates taking twenty additional depositions. Plaintiff anticipates taking six depositions. The parties may also propound additional written discovery.

10. Counsel for Defendant, Jennifer C. Tindall, is anticipated to begin maternity leave beginning in mid-January, 2004.

11. The parties therefore request an extension of the discovery deadline until May 3, 2004 and the deadline for filing dispositive motions until June 18, 2004.

---

[1] At the time the settlement conference was scheduled, Counsel for Defendant's trial was scheduled to begin on November 19, 2003 and conclude prior to November 26, 2003. Due to the Superior Court's schedule, the evidence phase of the trial did not begin until December 2, 2003.

WHEREFORE, the parties respectfully request an extension of the discovery deadline and deadline for filing dispositive motions.

PLAINTIFF,
CHERYL ANN BYE

By: _____  Date: December 30, 2003
Craig T. Dickinson, Esq. (ct 18053)
Madsen, Prestley & Parenteau, LLC
44 Capitol Ave., Suite 201
Hartford, CT 06106
(860) 246-2466


DEFENDANT,
PFIZER INC

By: _____  Date: January 5, 2004
William J. Anthony, Esq. (ct 17865)
Jennifer C. Tindall, Esq. (ct 23000)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
(860) 522-0404