UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHERYL ANN BYE, <br> Plaintiff, <br><br> v. <br><br> PFIZER, INC. <br> Defendant. | Civil No. 303CV0077(AWT) <br><br><br> January 5, 2004 |

**JOINT MOTION FOR EXTENSION OF DISCOVERY
AND DISPOSITIVE MOTION DEADLINES**

Pursuant to Local Rule 7(b) of the United States District Court for the District of Connecticut, Defendant, Pfizer Inc ("Pfizer"), and Plaintiff, Cheryl Bye, hereby jointly move to extend the discovery deadline to May 3, 2004, and the deadline for filing dispositive motions to June 18, 2004.

1. Pursuant to the Joint Report of Parties' Planning Meeting, which was approved by the Court on February 14, 2003, the current discovery deadline for this matter is January 31, 2004. The current deadline for filing dispositive motions is March 1, 2004.

2. The Court has not determined a trial date for this matter. Pursuant to the Joint Report of Parties' Planning Meeting, a Joint Trial Memorandum will be filed within sixty (60) days after the entry on the ruling on the last dispositive motion. If dispositive motions are not filed, the Joint Trial Memorandum will be filed within sixty (60) days after the completion of all discovery.

---

*[Handwritten margin note, rotated:]* Extension GRANTED, absent objection. Discovery shall be completed by May 3, 2004. Dispositive motions, if any, shall be filed on or before June 18, 2004. It is so ordered.

Alvin... [signature]
Hartford, CT  1/9/04