UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Amended
Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

February 2, 2004

11:00 a.m.

*Held 6.5 hours Settled*

CASE NO. **3:03CV77 (AWT)**    <u>Bye v. Pfizer, Inc.</u>

COUNSEL OF RECORD:

✓ William Joseph Anthony

    Jackson Lewis - Htfd, CT
    55 Farmington Ave. Ste 1200
    Hartford, CT 06105
    860-522-0404
    860-247-1330 (fax)
    anthonyw@jacksonlewis.com

✓ Craig Thomas Dickinson

    Madsen & Prestley
    44 Capitol Ave., 2nd Fl E.
    Suite 201
    Hartford, CT 06106
    860-246-2466

✓ Peter Burgoyne Prestley

    Madsen & Prestley
    44 Capitol Ave., 2nd Fl E.
    Suite 201
    Hartford, CT 06106
    860-246-2466

Jennifer C. Tindall

    Jackson Lewis
    55 Farmington Ave.
    Suite 1200
    Hartford, CT 06105
    860-522-0404
    860-247-1330 (fax)
    tindallj@jacksonlewis.com

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK