UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHERYL ANN BYE                  :

    v.                          :       CASE NO. 3:03CV77 (AWT)

PFIZER, INC.                    :

FILED
2004 MAR 10  P 12: 52
U.S. DISTRICT COURT
HARTFORD, CT.

## JUDGMENT

Counsel of record having reported to the court on February 2, 2003, that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to reopen the case if the settlement has not been consummated.

Dated at Hartford, Connecticut this 10th day of March, 2004.

                            KEVIN F. ROWE, Clerk

                          By: _____/S/_____
                              Sandra Smith
                              Deputy Clerk

EOD _____